DWIGHT C. HOLTON
United States Attorney
District of Oregon
1000 SW Third Ave. Ste. 600
Portland, OR 97204

NATHANIEL B. PARKER
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6547
Facsimile: (202) 307-0054
Email:      nathaniel.b.parker@usdoj.gov
                western.taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, its successors in interest and/or assigns, and NORTHWEST TRUSTEE SERVICES, INC. | Civil No. 3:11-cv-1027 |
| Plaintiffs, | MOTION TO DISMISS |
| v. | Removed from Washington County, Oregon State Circuit Court, Case No. C11-3755 CV |
| UNITED STATES OF AMERICA DEPARTMENT OF THE TREASURY- INTERNAL REVENUE SERVICE | |
| Defendants. | |

The United States, by and through undersigned counsel, respectfully moves the Court to

dismiss this action because the suit is barred by sovereign immunity and Plaintiffs have failed to

U.S. Department of Justice
Tax Division, Western Region
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:  (202) 307-6547

state a claim for which relief may be granted.  This motion is supported by the Memorandum,

filed herewith.

Consistent with LR 7.1, undersigned counsel certifies that he conferred with counsel for

Plaintiffs in a good faith effort to resolve the dispute, and has been unable to do so.

DATED this 26th day of September, 2011.

DWIGHT C. HOLTON
United States Attorney


  /s/ Nathaniel B. Parker
NATHANIEL B. PARKER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6547
Facsimile: (202) 307-0054
Email: nathaniel.b.parker@usdoj.gov
             western.taxcivil@usdoj.gov

MOTION TO DISMISS
Case No. (3:11-cv-1027)                                          2                    U.S. Department of Justice
                                                                                                     Tax Division, Western Region
                                                                                                     P.O. Box 683, Ben Franklin Station
                                                                                                     Washington, D.C. 20044-0683
                                                                                                     Telephone:  (202) 307-6547

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' MOTION TO DISMISS and MEMORANDUM IN SUPPORT OF UNITED STATES' MOTION TO DISMISS has been made this 26th day of September, 2011, by mail by depositing a copy thereof in the United States Mail in a postage prepaid envelope.

John Thomas
Routh Crabtree Olsen, PC
621 SW Alder St., Ste. 800
Portland, OR 97205-3623

                    /s/ Nathaniel B. Parker
                    NATHANIEL B. PARKER
                    Trial Attorney, Tax Division
                    U.S. Department of Justice